CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| THOMAS BOWLING,<br><br>        *Plaintiff,*<br> v.<br><br>CITY OF LYNCHBURG, ET AL.,<br><br>        *Defendants.* | CASE NO. 6:25-CV-00042<br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

For the reasons contained in the accompanying order, the Court **DENIES** Bowling's motion to vacate, motion to recuse, and motion to reassign. Dkt. 6.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this the 5th of February, 2026.

                 */s/ Norman K. Moon*
                 NORMAN K. MOON
                 SENIOR UNITED STATES DISTRICT JUDGE